UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | SACV 20-01976-CJC (KESx) | Date | February 23, 2021 |
|---|---|---|---|
| Title | Yeong Lee v. United Harbor, LLC et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Cheryl Wynn
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

Having been advised by a Notice of Settlement [17] that the case has been settled in its entirety, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

\_\_\_\_\_ : \_\_\_\_\_

Initials of Deputy Clerk:    cw